UNITED STATES DISTRICT COURT

SOUTHERN DISTRICT OF NEW YORK

------------------------------------------------------------X

RICHARD STANTON,

                Plaintiff,

v.

MERRILL LYNCH & CO, INC. and MERRILL LYNCH, PIERCE, FENNER & SMITH INCORPORATED,

                Defendants.

------------------------------------------------------------X

08 CV 3054 (LAP)

**MEMORANDUM**

USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #: _____
DATE FILED: 3/31/08

LORETTA A. PRESKA, United States District Judge:

    The parties are informed that the law firm in which my husband is a partner, Cahill Gordon & Reindel LLP, from time to time represents Merrill Lynch and/or its affiliates, and he works on those matters.

So Ordered:

Dated: New York, New York
         March 31, 2008

_____
LORETTA A. PRESKA, U.S.D.J.

CGRML