UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
- - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - x

RICHARD STANTON (as trustee for Ashley Stanton) on behalf of himself and all others similarly situated,   :

                Plaintiff,   :

     vs.   :

MERRILL LYNCH & CO., INC. and MERRILL LYNCH, PIERCE, FENNER & SMITH INCORPORATED,   :

                Defendants.   :
- - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - x

08 CV 3054 (LAP)

RULE 7.1 STATEMENT

        Defendant Merrill Lynch, Pierce, Fenner & Smith Incorporated states that it is a wholly-owned subsidiary of Merrill Lynch & Co., Inc. Defendant Merrill Lynch & Co., Inc. states that it is a publicly held company whose shares are traded on the New York Stock Exchange and there is no publicly held corporation that owns 10% or more of its stock.

Dated:    New York, New York
            April 1, 2008

                                                    /s/ Jay B. Kasner
                                       Jay B. Kasner (jkasner@skadden.com)
                                       Scott D. Musoff (smusoff@skadden.com)
                                       SKADDEN, ARPS, SLATE,
                                         MEAGHER & FLOM LLP
                                       Four Times Square
                                       New York, New York 10036
                                       (212) 735-3000

                                       Attorneys for Defendants
                                       Merrill Lynch & Co., Inc. and
                                       Merrill Lynch, Pierce, Fenner & Smith
                                       Incorporated