UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
- - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - x

RICHARD STANTON (as trustee for Ashley          :
Stanton) on behalf of himself and all others simi-
larly situated,                                  :          08 CV 3054 (LAP)

                          Plaintiff,             :

                                                            NOTICE OF APPEARANCE
              vs.                                :

MERRILL LYNCH & CO., INC. and                    :
MERRILL LYNCH, PIERCE, FENNER &
SMITH INCORPORATED,                              :

                          Defendants.            :
- - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - x

        Please take notice that the undersigned of the law firm of Skadden, Arps, Slate,

Meagher & Flom LLP is hereby entering an appearance as counsel of record for Merrill Lynch & Co., Inc.

and Merrill Lynch, Pierce, Fenner & Smith Incorporated.

Dated:      New York, New York
            April 1, 2008

                                        _____/s/ Jay B. Kasner_____
                                        Jay B. Kasner (jkasner@skadden.com)
                                        SKADDEN, ARPS, SLATE,
                                          MEAGHER & FLOM LLP
                                        Four Times Square
                                        New York, New York  10036
                                        (212) 735-3000

                                        Attorneys for Defendants
                                        Merrill Lynch & Co., Inc. and
                                        Merrill Lynch, Pierce, Fenner & Smith
                                        Incorporated