UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
- - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - x
RICHARD STANTON (as trustee for Ashley Stanton) on behalf of himself and all others similarly situated,

        Plaintiff,

   vs.

MERRILL LYNCH & CO., INC. and
MERRILL LYNCH, PIERCE, FENNER &
SMITH INCORPORATED,

        Defendants.
- - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - x

08 CV 3054 (LAP)

NOTICE OF APPEARANCE

      Please take notice that the undersigned of the law firm of Skadden, Arps, Slate, Meagher & Flom LLP is hereby entering an appearance as counsel of record for Merrill Lynch & Co., Inc. and Merrill Lynch, Pierce, Fenner & Smith Incorporated.

Dated:   New York, New York
           April 1, 2008

                                            /s/ Scott D. Musoff
                               Scott D. Musoff (smusoff@skadden.com)
                               SKADDEN, ARPS, SLATE,
                                 MEAGHER & FLOM LLP
                               Four Times Square
                               New York, New York 10036
                               (212) 735-3000

                               Attorneys for Defendants
                               Merrill Lynch & Co., Inc. and
                               Merrill Lynch, Pierce, Fenner & Smith
                               Incorporated