UNITED STATES DISTRICT COURT

SOUNTHERN DISTRICT OF NEW YORK

-----------------------------------------------------------X

RICHARD STANTON,   :   08 CV 3054 (LAP)

               Plaintiff,   :   **MEMORANDUM**

   v.   :

MERRILL LYNCH & CO. INC. and MERRILL   :
LYNCH, PIERCE, FENNER & SMITH
INCORPORATED,   :

               Defendants.   :

-----------------------------------------------------------X

[Stamp: USDC SDNY DOCUMENT ELECTRONICALLY FILED DOC #: _____ DATE FILED: 4/18/08]

LORETTA A. PRESKA, United States District Judge:

    The parties are informed that the law firm in which my husband is a partner, Cahill Gordon & Reindel LLP, from time to time represents Merrill Lynch and/or its affiliates, and he does not work on those matters.

SO ORDERED:

Dated: New York, New York
        April 18, 2008

                                           */s/ Loretta A. Preska*
                                         LORETTA A. PRESKA, U.S.D.J.

CGRML