UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

| | |
|---|---|
| RICHARD STANTON (as trustee for Ashley Stanton) on behalf of himself and all others similarly situated,<br><br>Plaintiff,<br><br>v.<br><br>MERRILL LYNCH & CO., INC. and MERRILL LYNCH, PIERCE, FENNER & SMITH INCORPORATED,<br><br>Defendants. | Civil Action No. 08-cv-03054 |

**MOTION OF THE STANTON GROUP FOR
(1) APPOINTMENT AS LEAD PLAINTIFF AND
(2) APPROVAL OF THEIR SELECTION OF LEAD COUNSEL**

The Stanton Group[1], by its counsel, hereby respectfully moves this Court to: (i) be appointed Lead Plaintiff in the above-captioned securities class actions; and (ii) approve its selection and retention of Levi & Korsinsky as Lead Counsel.

In support of this Motion, the Stanton Group submits herewith a Memorandum of Law, the Declaration of Joseph E. Levi with accompanying exhibits, and a Proposed Order.

---

[1] The Stanton Group is comprised of the following members: Richard Stanton, Mark Rowlands, Lester Handler, Sheila Handler and William Borra.

DATED: May 27, 2008                           **LEVI & KORSINSKY, LLP**

                                                  /s/ Joseph E. Levi
                                        By:   _____
                                              Eduard Korsinsky (EK 8989)
                                              Joseph E. Levi (JL 0848)
                                              Juan E. Monteverde (JM 8169)
                                              39 Broadway, Suite 1601
                                              New York, NY 10006
                                              Telephone:  212/363-7500
                                              Fax:        212/363-7171

## CERTIFICATE OF SERVICE

Juan E. Monteverde, being duly admitted attorney authorized to appear before the US District Court, Southern District of New York, under penalties of perjury, affirms as follows:

1. I am over eighteen years of age and am not a party tot eh above referenced matter.

2. On May 27, 2008, I served Notice of Motion, Memorandum in Support, Declaration of Joseph E. Levi in support and [proposed] Order on:

**Jay B. Kasner**
**Scott D. Musoff**
Skadden, Arps, Slate, Meagher & Flom LLP
Four Times Square(NYC)
New York, NY 10036
(212) 735-3000

**ATTORNEYS FOR DEFENDANTS**

**Christopher Adam Seeger**
**David R. Buchanan**
**Stephen A. Weiss**
Seeger Weiss LLP
One William Street, 10th Floor
New York, NY 10004
(212)-584-0700

**ATTORNEYS FOR PLAINTIFF**

the address designated by said attorneys for that purpose, by depositing a true copy thereof, in a first class pre-paid envelope properly addressed as indicated above and via ECF.

Dated: New York, NY                                          /s/ Juan E. Monteverde
       May 27, 2008                                          _____
                                                             Juan E. Monteverde