```
UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
------------------------------------x
Richard Stanton,                    :
                                    :   08 Civ. 3054 (LAP)
                 Plaintiff(s),      :
                                    :   SCHEDULING ORDER
         -against-                  :
Merrill Lynch & Co., et al.         :
                                    :
                 Defendant(s).      :
                                    :
------------------------------------x
```

LORETTA A. PRESKA, United States District Judge:

It is hereby

ORDERED that counsel are directed to appear in courtroom 12A, United States Courthouse, 500 Pearl Street, New York, New York, on June 30, 2008 at 9:30 a.m. for oral argument in the above-captioned action.

SO ORDERED

June 16, 2008

　　　　　　　　　　　　　　　　　　　Loretta A. Preska
　　　　　　　　　　　　　　　　　　　Loretta A. Preska, U.S.D.J.

USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #: _____
DATE FILED: 6/17/08